DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDIT TOLNAI,**
Appellant,

v.

**ZBIGNIEW JACOB LITWINCZUK,**
Appellee.

No. 4D19-3686

[December 3, 2020]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2007-DR-004359-XXX-NB.

Denise Martinez-Scanziani of Martinez-Scanziani & Associates Law, P.A., Miami, for appellant.

Benjamin T. Hodas of Fisher Potter Hodas, PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***